1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID J. CATALDO,                    1:06-cv-01900-LJO-NEW (DLB) PC

12               Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATIONS, AND**
13   vs.                             **DISMISSING ACTION, WITHOUT
                                     PREJUDICE, FOR FAILURE TO OBEY**
14   WARDEN JAMES A. YATES, et al.,  **A COURT ORDER**

15               Defendants.          (Docs. 13 and 16)
                                /

16

17

18       Plaintiff David J. Cataldo ("plaintiff"), a state prisoner

19   proceeding pro se and in forma pauperis, has filed this civil

20   rights action seeking relief under 42 U.S.C. § 1983.  The matter

21   was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23       On June 14, 2007, the Magistrate Judge filed a Findings and

24   Recommendations herein which was served on plaintiff and which

25   contained notice to plaintiff that any objection to the Findings

26   and Recommendations was to be filed within twenty days.  To date,

27   plaintiff has not filed any objection to the Magistrate Judge's

28   Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. §

2  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3  <u>novo</u> review of this case.  Having carefully reviewed the entire

4  file, the Court finds the Findings and Recommendations to be

5  supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed June 14, 2007,

8  is ADOPTED IN FULL; and,

9    2.   This action is DISMISSED, without prejudice, based on

10 plaintiff's failure to obey the court's order of April 20, 2007.

11

12 IT IS SO ORDERED.

13 **Dated:    July 13, 2007**                          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2